THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LEONARD PELTIER, CHANCEY PELTIER,<br><br>                    Plaintiffs,<br><br>v.<br><br>JOEL SACKS, individually and in his capacity as DIRECTOR OF the WASHINGTON STATE DEPARTMENT OF LABOR AND INDUSTRIES; TIMOTHY CHURCH, individually and in his capacity as PUBLIC AFFAIRS MANAGER of the WASHINGTON STATE DEPARTMENT OF LABOR AND INDUSTRIES; JAY INSLEE, individually and in his capacity as GOVERNOR OF THE STATE OF WASHINGTON; EDWARD P. WOODS; LARRY LANGBERG; DOES 1-200,<br><br>                    Defendants. | Case No.: 3:17-cv-05209-RBL<br><br>**[PROPOSED] ORDER AWARDING EDWARD WOODS ATTORNEY'S FEES AND COSTS**<br><br>**Motion Noted: August 11, 2017** |

[PROPOSED] ORDER AWARDING
EDWARD WOODS ATTORNEY'S FEES AND COSTS - 1 of 3
ECF NO: C17-5209-RBL

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

# ORDER

This matter comes before the Court on Edward Woods' Motion For Attorney's Fees and Costs. The Court having reviewed the records and files including:

1. Edward Woods' Motion For Attorney's Fees and Costs;

2. Declaration of Edward Woods In Support of Attorney Fee Award;

3. Mell Declaration In Support of Attorney Fee Award;

4. Plaintiff's Response, if any;

5. Edward Woods' Reply;

IT IS ORDERED

6. Edward Woods' Motion for Attorney's Fees against Plaintiffs Peltier is granted;

7. Plaintiffs Peltier shall pay Edward Woods' attorney's fees in the amount of $3,950.00.

DONE this _____ day of _____, 2017.

_____
The Honorable Ronald B. Leighton

Presented by:

III Branches Law, PLLC

_____
Joan K. Mell, WSBA #21319
Attorney for Edward Woods

Approved as to Form:

Law Offices of Lawrence A. Hildes

_____
Lawrence A. Hildes, WSBA #35035
Attorney for the Plaintiffs

[PROPOSED] ORDER AWARDING
EDWARD WOODS ATTORNEY'S FEES AND COSTS - 2 of 3
ECF NO: C17-5209-RBL

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

1. Smith, Freed & Eberhard, P.C.
2.
3.  _____
4. Jeremy H .Rogers WSBA #36292
   Kyle D. Riley, WSBA #38078
5. Attorneys for Larry Langberg

[PROPOSED] ORDER AWARDING
EDWARD WOODS ATTORNEY'S FEES AND COSTS - 3 of 3
ECF NO: C17-5209-RBL

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph