Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON – TACOMA

| | |
|---|---|
| LEONARD PELTIER, CHAUNCEY PELTIER,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>JOEL SACKS, individually and in his capacity as DIRECTOR OF the WASHINGTON STATE DEPARTMENT OF LABOR AND INDUSTRIES; TIMOTHY CHURCH, individually and in his capacity as PUBLIC AFFAIRS MANAGER of the WASHINGTON STATE DEPARTMENT OF LABOR AND INDUSTRIES; JAY INSLEE, individually and in his capacity as GOVERNOR OF THE STATE OF WASHINGTON; EDWARD P. WOODS; LARRY LANGBERG; DOES 1-200,<br><br>　　　　　　　　Defendants. | Case No. 3:17-cv-05209-RBL<br><br>**[PROPOSED]**<br><br>**ORDER AWARDING LARRY LANGBERG'S ATTORNEY FEES**<br><br>NOTE ON MOTION CALENDAR:<br>August 11, 2017 |

　　This matter comes before the Court on Larry Langberg's Petition for Attorney Fees. The Court having reviewed the records and files, including:

　　1.　Larry Langberg's Petition for Attorney Fees;

　　2.　Declaration of Kyle Riley in Support of Petition for Attorney Fees;

　　3.　Plaintiff's Response, if any;

　　4.　Larry Langberg's Reply; if any

---

ORDER AWARDING LANGBERG'S ATTORNEY FEES - 1 of 2

Case No. 3:17-cv-05209-RBL

198i42

**SMITH FREED EBERHARD P.C.**
705 Second Avenue, Suite 1700
Seattle, Washington 98104
Telephone: (206) 576-7575
Facsimile: (206) 576-7580

1    IT IS ORDERED that Defendant Langberg's Petition for Attorney Fees is **GRANTED**,

2  and Plaintiffs Peltier shall pay Larry Langberg's attorneys' fees in the amount of $_____$.

3    DONE IN OPEN COURT this \_\_\_\_ day of _____, 2017.

4

5
_____
HONORABLE RONALD B. LEIGHTON
6
United States District Court

7  Presented by:

8  SMITH FREED EBERHARD P.C.

9

10  */s/  Kyle D. Riley*_____
Jeremy H. Rogers, WSBA No. 36292
11  Kyle D. Riley, WSBA No. 38078
Counsel for Larry Langberg

12  Form approved,

13  *Notice of presentation waived*

14
LAW OFFICES OF LAWRENCE A. HILDES
15

16  _____
Lawrence A. Hildes, WSBA No. 35035
17  Attorney for Plaintiffs

18  III BRANCHES LAW, PLLC

19

20  _____
Joan K. Mell, WSBA #21319
21  Attorney for Edward Woods

22

23

24

25

26

ORDER AWARDING LANGBERG'S ATTORNEY FEES - 2 of 2

Case No. 3:17-cv-05209-RBL

198i42
**SMITH FREED EBERHARD P.C.**
705 Second Avenue, Suite 1700
Seattle, Washington 98104
Telephone: (206) 576-7575
Facsimile: (206) 576-7580