Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – TACOMA

| | |
|---|---|
| LEONARD PELTIER, CHAUNCEY PELTIER,<br><br>              Plaintiffs,<br><br>vs.<br><br>JOEL SACKS, individually and in his capacity as DIRECTOR OF the WASHINGTON STATE DEPARTMENT OF LABOR AND INDUSTRIES; TIMOTHY CHURCH, individually and in his capacity as PUBLIC AFFAIRS MANAGER of the WASHINGTON STATE DEPARTMENT OF LABOR AND INDUSTRIES; JAY INSLEE, individually and in his capacity as GOVERNOR OF THE STATE OF WASHINGTON; EDWARD P. WOODS; LARRY LANGBERG; DOES 1-200,<br><br>              Defendants. | Case No. 3:17-cv-05209-RBL<br><br>**DECLARATION OF KYLE RILEY IN SUPPORT OF LARRY LANGBERG'S MOTION FOR ATTORNEY FEES**<br><br>NOTE ON MOTION CALENDAR:<br>August 11, 2017 |

I, Kyle D. Riley, declare as follows:

1. I am lead counsel for Defendant Larry Langberg in this matter and set forth this declaration based on my own personal knowledge.

2. This SLAPP lawsuit was filed against Mr. Langberg in his personal capacity, requiring him to retain counsel to defend the suit. The law office of Smith Freed Eberhard, P.C. was retained in this matter in May 2017 to defend Larry Langberg.

DECLARATION OF KYLE RILEY - 1 of 3

Case No. 3:17-cv-05209-RBL

198i42
SMITH FREED EBERHARD P.C.
705 Second Avenue, Suite 1700
Seattle, Washington 98104
Telephone: (206) 576-7575
Facsimile: (206) 576-7580

3. On May 16, 2017, Joan Mell (Counsel for Mr. Woods) and I had a telephone conference with Mr. Hildes, counsel for the Plaintiffs. Ms. Mell alerted Mr. Hildes to our meritorious defenses and our intention to file a motion under RCW 4.24.510. Mr. Hildes contended that the statute was unconstitutional per *Davis v. Cox*. Ms. Mell correctly pointed out during the telephone conversation that *Davis v. Cox* only applied to RCW 4.24.525 and did not affect the immunity and process set forth by RCW 4.24.510. Mr. Hildes indicated that he was not willing at that time to dismiss the case.

4. Attached to this declaration as **Exhibit A** is a true and correct copy of the Client Detailed Time and Expense Report.

5. The Expense Report shows that the total amount of the attorney and paralegal fees accumulated in this case were $13,711.50. The total costs and fees as of August 1, 2017, were $13,711.50, not including the fees incurred with the preparation of the instant Petition. I have reviewed the report and it appears accurate and complete. Our firm uses a timekeeping software that allows us to enter our time contemporaneously. We enter our time and bill in 6 minute increments. After reviewing the Report I have withdrawn Michelle Sullivan's expenses, 2.3 hours of Jeremy Rogers time, and 2.7 hours of my own time. In doing so, I made efforts to remove billable time concerning work that may have not been directly related to the litigation at issue. These reductions reduce the past costs to $12,726.00. In addition, I believe that conservatively we will incur an additional $750 in fees towards the subject motion and Mr. Langberg requests a total of $13,476.00.

5. A variety of people in the firm worked on this case. Jeremy Rogers was the Senior Counsel assigned to this matter. Ms. Michelle Sullivan was the Paralegal assigned to the case. Jeffrey D. Eberhard, a Partner at Smith Freed Eberhard, initially spoke to the client's representatives to assess the case and initial strategy.

DECLARATION OF KYLE RILEY - 2 of 3

Case No. 3:17-cv-05209-RBL

198i42
SMITH FREED EBERHARD P.C.
705 Second Avenue, Suite 1700
Seattle, Washington 98104
Telephone: (206) 576-7575
Facsimile: (206) 576-7580

6. The hourly rate for a Partner or Senior Counsel assigned to this matter is $180. This rate is imminently reasonable and well below market value.

7. I am a 2002 graduate of the Northwestern School of Law at Lewis & Clark College and was one of the editors for their law review *Environmental Law*. I have been a member of the Washington State Bar Association since 2007 and the Oregon State Bar since 2002. I have always been a member of these bar associations in good standing. I have been a partner at Smith Freed Eberhard P.C. since 2008, and as partner I handle and manage litigation involving more complex and non-routine cases.

8. In 2004, Mr. Rogers served as a judicial law clerk to Chief Justice Gerry Alexander of the Washington Supreme Court. He has been licensed to practice in Washington since 2005 and licensed to practice in Oregon since 2016. Mr. Rogers has continuously been a member in good standing of both the Washington State Bar Association and the Oregon Bar Association.

9. Mr. Rogers has significant federal court experience and has been admitted to practice before the Western District of Washington (since 2005), the Eastern District of Washington (since 2010), the Ninth Circuit Court of Appeals (since 2013), and the U.S. District Court of Oregon (since 2016). As you can see from Exhibit A, Mr. Rogers prepared most of the motion and reply that was filed on behalf of Mr. Langberg and Mr. Woods.

10. Mr. Rogers currently serves on the Local Rules Committee of the Western District of Washington, Federal Bar Association and as a member of the WSBA Character and Fitness Board. Additionally, he serves as an arbitrator for the King and Pierce County Mandatory Arbitration Departments and as a Judge Pro Tem for the Snohomish County District Court.

11. Prior to his clerkship and legal practice, Mr. Rogers graduated (in 2004) from the

DECLARATION OF KYLE RILEY - 3 of 3

Case No. 3:17-cv-05209-RBL

198i42
SMITH FREED EBERHARD P.C.
705 Second Avenue, Suite 1700
Seattle, Washington 98104
Telephone: (206) 576-7575
Facsimile: (206) 576-7580

Washington University in St. Louis School of Law, where he served as an editor for the Washington University Law Review.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED this 3rd day of August 2017.

/s/ Kyle D. Riley<br>
Kyle D. Riley, WSBA No. 38078

DECLARATION OF KYLE RILEY - 4 of 3

Case No. 3:17-cv-05209-RBL

198i42
SMITH FREED EBERHARD P.C.
705 Second Avenue, Suite 1700
Seattle, Washington 98104
Telephone: (206) 576-7575
Facsimile: (206) 576-7580

# Exhibit A to Declaration of Kyle Riley in Support of Larry Langberg's Motion for Attorney Fees

# 3:16-cv-05209-RBL

7/25/2017      Case 3:17-cv-05209-RBL    Document 30    Filed 08/03/17    Page 6 of 12    Report: TIME12
3:24 PM                                     **Client Detailed Time And Expense Report**                         Req'd By: JenniferJ
Date Range (Time): Beginning of Time to 7/25/2017    (Disb): Beginning of Time to 7/25/2017          Currency: USD

| Client: | 1981 | ncinnati Insurance Company | Bill Tkpr: | KDR | Riley, Kyle D. | Client Last Payment: | 7/25/2017 |
|---|---|---|---|---|---|---|---|
| Matter: | 198l42 | Leonard Peltier, et. al. vs. Joel Sacks, | Resp Tkpr: | JHR | Rogers, Jeremy H. | Matter Last Billed: | 7/20/2017 |

Detailed Time Section (Matter)

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|
| JDE | 5/2/2017 | 0.50 | $90.00 | 180.00 | B | Analysis of Complaint in new assignment representing a former FBI agent-Larry Langberg - determine issues alleged and how best to proceed. | 2763177 |
| JDE | 5/2/2017 | 0.20 | $36.00 | 180.00 | B | Telephone conference with attorney Victor Peters to obtain background on case. | 2763203 |
| JDE | 5/2/2017 | 0.40 | $72.00 | 180.00 | B | Investigate background of Plaintiff's attorney Lawrence Hildes to obtain his background. | 2763205 |
| JDE | 5/2/2017 | 0.10 | $18.00 | 180.00 | B | Correspondence to Victor Peters accepting assignment | 2763219 |
| JHR | 5/4/2017 | 0.20 | $36.00 | 180.00 | B | Analyze Washington case law regarding constitutionality of anti-slam claims. | 2768847 |
| JHR | 5/4/2017 | 0.50 | $90.00 | 180.00 | B | Analyze early resolution strategy and potential Rule 12 motions to dismiss. | 2768851 |
| JHR | 5/4/2017 | 0.10 | $18.00 | 180.00 | B | Draft e-mail to client Nancy Savage regarding initial client conference and related handling issues. | 2768852 |
| JHR | 5/5/2017 | 0.40 | $72.00 | 180.00 | B | Review and analyze plaintiffs' Complaint for purposes and preparing defense strategy and early dismissal motion. | 2768881 |
| JHR | 5/5/2017 | 1.20 | $216.00 | 180.00 | B | Begin surveying 64 other prior lawsuits involving / concerning plaintiff for purposes of incorporating same into dismissal motion. | 2768884 |
| JHR | 5/5/2017 | 0.80 | $144.00 | 180.00 | B | Analyze case law and secondary authorities related to waiver of service for purposes of explaining to client (Mr. Langberg) benefits and costs of waiving service. | 2768885 |
| JHR | 5/5/2017 | 0.90 | $162.00 | 180.00 | B | Begin analyzing content of co-defendant Ed Wood's Blog regarding imprisonment and other issues related to plaintiff for purposes of factual background. | 2768886 |
| JHR | 5/5/2017 | 0.10 | $18.00 | 180.00 | B | Review e-mail from client's personal counsel David Ermer regarding clarification of client representation issue. | 2768898 |
| JHR | 5/5/2017 | 0.10 | $18.00 | 180.00 | B | | 2768901 |
| JHR | 5/5/2017 | 0.60 | $108.00 | 180.00 | B | Draft detailed letter to client (Mr. Langberg) regarding analysis and benefits of waiver of service and consequences of failure to waive service. | 2768902 |
| JHR | 5/6/2017 | 0.20 | $36.00 | 180.00 | B | Analyze letters from client Mr. Langberg to Washington's Department of Labor & Industries for purposes of evaluating plaintiff's defamation / libel claims. | 2768907 |
| JHR | 5/6/2017 | 0.10 | $18.00 | 180.00 | B | Review correspondence from client Ms. Savage regarding Mr. Langberg's upcoming decision relating to waiver of service. | 2768908 |
| JHR | 5/6/2017 | 0.10 | $18.00 | 180.00 | B | Review correspondence from John Nordin regarding status of representation of Ed Woods. | 2768909 |
| JHR | 5/8/2017 | 0.20 | $36.00 | 180.00 | B | | 2768927 |
| JHR | 5/8/2017 | 0.70 | $126.00 | 180.00 | B | Telephone conference with former U.S. Attorney John Nordin regarding claims against client Mr. Langberg, potential joint representation, waiver issues, additional background information, and defense strategy. | 2768928 |
| JHR | 5/12/2017 | 0.30 | $54.00 | 180.00 | B | Telephone conference with client Larry Langberg regarding waiver of service issues and additional Umbrella Insurance with USAA. | 2770169 |
| JHR | 5/12/2017 | 0.50 | $90.00 | 180.00 | B | Review multiple e-mails (x4) from client Mr. Langberg regarding waiver of service, pleading and lawsuit history of plaintiff, and article related to plaintiff's criminal history. | 2770254 |
| JHR | 5/15/2017 | 0.10 | $18.00 | 180.00 | B | | 2770333 |
| JHR | 5/15/2017 | 0.30 | $54.00 | 180.00 | B | Telephone conference with adjuster (Mr. Peters) and Mr. Riley regarding status conference, legal strategy, and handling instructions regarding dismissal motion and representation of Mr. Woods. | 2770335 |
| JHR | 5/15/2017 | 0.20 | $36.00 | 180.00 | B | Prepare for telephone conference with adjuster and review key file materials for same. | 2770337 |
| JHR | 5/15/2017 | 0.20 | $36.00 | 180.00 | B | Draft Notice of Appearance on behalf of clients. | 2770355 |
| JHR | 5/15/2017 | 0.10 | $18.00 | 180.00 | B | Draft Notice of Appearance for Mr. Riley. | 2770357 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/25/2017 | | Smith Freed Eberhard P.C. | | | | Report: TIME12 |
| 3:24 PM | | Client Detailed Time And Expense Report | | | | Req'd By: JenniferJ |
| | | Date Range (Time): Beginning of Time to 7/25/2017  (Disb): Beginning of Time to 7/25/2017 | | | | Currency: USD |

| | | | | | |
|---|---|---|---|---|---|
| Client: 1981 | ncinnati Insurance Company | Bill Tkpr: KDR | Riley, Kyle D. | | Client Last Payment: 7/25/2017 |
| Matter: 198l42 | Leonard Peltier, et. al. vs. Joel Sacks, | Resp Tkpr: JHR | Rogers, Jeremy H. | | Matter Last Billed: 7/20/2017 |

### Detailed Time Section (Matter)

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|
| JHR | 5/15/2017 | 0.30 | $54.00 | 180.00 | B | Finalize and complete client Mr. Langberg's Waiver of Service of Summons. | 2770378 |
| JHR | 5/15/2017 | 0.20 | $36.00 | 180.00 | B | | 2770395 |
| JHR | 5/15/2017 | 1.10 | $198.00 | 180.00 | B | Begin analyzing Washington case law and statutes regarding legal issues upon which to prepare motion to dismiss plaintiff's claims against client. | 2770399 |
| JHR | 5/15/2017 | 0.40 | $72.00 | 180.00 | B | Contemplate and prepare defense strategies regarding Anti-Slapp statute or lack of merit motion to dismiss pleading. | 2770417 |
| JHR | 5/16/2017 | 0.10 | $18.00 | 180.00 | B | Review e-mail from personal counsel (Mr. Ermer) regarding blog of Ed Woods. | 2770460 |
| JHR | 5/16/2017 | 0.10 | $18.00 | 180.00 | B | | 2770465 |
| JHR | 5/16/2017 | 0.10 | $18.00 | 180.00 | B | Review Notice of Appearance of Joan Mell on behalf of co-defendant Ed Woods. | 2770483 |
| JHR | 5/16/2017 | 0.10 | $18.00 | 180.00 | B | Review co-defendant Ed Woods' Waiver of Service of Summons. | 2770484 |
| JHR | 5/16/2017 | 0.20 | $36.00 | 180.00 | B | Review e-mails from clients Nancy Savage and Mr. Langberg regarding approval of defense strategy to dismiss and motion practice. | 2770485 |
| JHR | 5/17/2017 | 0.10 | $18.00 | 180.00 | B | | 2770798 |
| JHR | 5/23/2017 | 0.20 | $36.00 | 180.00 | B | Exchange multiple e-mails (x3) with counsel for co-defendant (Ms. Mell) regarding joint defense strategy for Anti-SLAPP motion. | 2771054 |
| JHR | 5/23/2017 | 0.10 | $18.00 | 180.00 | B | Review e-mail from client Mr. Langberg regarding additional information related to USAA umbrella insurance. | 2771060 |
| JHR | 5/23/2017 | 0.30 | $54.00 | 180.00 | B | Telephone conference with USAA adjuster of client Mr. Langberg's umbrella policy and discuss factual background, procedural history, and defense strategy. | 2771090 |
| JHR | 6/1/2017 | 0.10 | $18.00 | 180.00 | B | Review e-mail from client Mr. Langberg regarding in-person meeting and conference. | 2776525 |
| JHR | 6/5/2017 | 3.20 | $576.00 | 180.00 | B | Analyze Washington and federal case law regarding procedural issues related to motion to strike complaint based on anti-SLAPP statute, and constitutional issues related to RCW 4.24.525 and .510, for purposes of preparing dispositive motion. | 2789207 |
| JHR | 6/5/2017 | 1.10 | $198.00 | 180.00 | B | Analyze Washington case law regarding defamation based claims and application of RCW 4.24.510 immunity for purposes of preparing legal analysis in dispositive motion. | 2789219 |
| JHR | 6/6/2017 | 4.80 | $864.00 | 180.00 | B | Prepare and begin writing Rule 12(b)(6) Motion to Dismiss All Claims Against Larry Langberg (8-pages). | 2789235 |
| JHR | 6/6/2017 | 2.30 | $414.00 | 180.00 | B | Meet in-person with client Mr. Langberg and Mr. Riley to discuss factual background, legal strategies, Motion to Dismiss, and other related handling instructions. | 2789238 |
| JHR | 6/6/2017 | 1.40 | $252.00 | 180.00 | B | Pursuant to client Mr. Langberg's request, prepare revisions to Motion to Dismiss incorporating and clarifying additional facts to motion. | 2789246 |
| JHR | 6/6/2017 | 0.10 | $18.00 | 180.00 | B | Prepare and write correspondence to attorney Ms. Mell (counsel for co-defendant Ed Woods) regarding Motion to Dismiss Langberg, and joint strategy issues. | 2789248 |
| JHR | 6/6/2017 | 0.20 | $36.00 | 180.00 | B | Prepare and write status update to clients Mr. Langberg and Ms. Savage regarding post in-person meeting issues, revisions to motion, and umbrella coverage with USAA. | 2789261 |
| JHR | 6/6/2017 | 0.20 | $36.00 | 180.00 | B | Review multiple e-mails from client Ms. Savage and in-house counsel Mr. Ermer regarding approval of motion to dismiss and related issues. | 2789268 |
| JHR | 6/7/2017 | 0.40 | $72.00 | 180.00 | B | Prepare and write Exhibit A in support of Motion to Dismiss. | 2789345 |
| JHR | 6/7/2017 | 0.20 | $36.00 | 180.00 | B | Telephone conference with co-defendant's counsel (Ms. Mell) regarding Joint Motion to Dismiss and related legal strategies. | 2789393 |

7/25/2017  Case 3:17-cv-05209-RBL  Document 30  Filed 08/03/17  Page 8 of 12  Report: TIME12
3:24 PM                          Smith Freed Eberhard P.C.                      Req'd By: JenniferJ
                          **Client Detailed Time And Expense Report**
           Date Range (Time): Beginning of Time to 7/25/2017  (Disb): Beginning of Time to 7/25/2017   Currency: USD

| Client: | 198I | ncinnati Insurance Company | Bill Tkpr: | KDR | Riley, Kyle D. | Client Last Payment: | 7/25/2017 |
|---|---|---|---|---|---|---|---|
| Matter: | 198I42 | Leonard Peltier, et. al. vs. Joel Sacks, | Resp Tkpr: | JHR | Rogers, Jeremy H. | Matter Last Billed: | 7/20/2017 |

Detailed Time Section (Matter)

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|
| JHR | 6/7/2017 | 0.20 | $36.00 | 180.00 | B | Review e-mails from Ms. Savage and Mr. Ermer approving request for co-defendant Ed Woods to joint Motion to Dismiss and to modify same. | 2789461 |
| JHR | 6/8/2017 | 1.80 | $324.00 | 180.00 | B | Revise motion to dismiss and change to Joint Motion to Dismiss Claims against Langberg and Woods, incorporating factual and legal arguments related to co-defendant Mr. Woods (13-pages total). | 2789525 |
| JHR | 6/8/2017 | 0.10 | $18.00 | 180.00 | B | Prepare and write e-mail to Ms. Mell regarding approval and input regarding Joint Motion to Dismiss. | 2789532 |
| JHR | 6/8/2017 | 0.10 | $18.00 | 180.00 | B | Prepare and write e-mail to clients regarding approval and input on Joint Motion to Dismiss. | 2789536 |
| JHR | 6/8/2017 | 0.90 | $162.00 | 180.00 | B | Revise and final Joint Motion to Dismiss, incorporating revisions from clients and Ms. Mell, and incorporating Appendices. | 2789543 |
| JHR | 6/8/2017 | 0.60 | $108.00 | 180.00 | B | Review and exchange multiple e-mails (x5) with in-house counsel (Mr. Ermer) regarding Joint Motion to Dismiss, court's deliberative process, timeline for determination, potential stay of proceedings, and related strategy issues. | 2789555 |
| JHR | 6/13/2017 | 0.50 | $90.00 | 180.00 | B | Analyze federal court local rules and case law regarding errata, document corrections for purposes of correcting appendix item. | 2789869 |
| JHR | 6/13/2017 | 0.20 | $36.00 | 180.00 | B | Prepare Appendix B: Errata, and provide correction of document in support of Joint Motion to Dismiss. | 2789870 |
| JHR | 6/14/2017 | 0.40 | $72.00 | 180.00 | B | Prepare and write proposed order granting Stipulated Motion to Stay Proceedings. | 2790273 |
| JHR | 6/14/2017 | 2.10 | $378.00 | 180.00 | B | Prepare and write Stipulated Motion to Stay Proceedings Pending Ruling on Dispositive Motion. | 2790276 |
| JHR | 6/14/2017 | 0.30 | $54.00 | 180.00 | B | Telephone conference with attorney Peter Helmberger (counsel for State Defendants) and Mr. Riley regarding Motion to Stay Proceedings and related defense strategy. | 2790281 |
| JHR | 6/14/2017 | 0.40 | $72.00 | 180.00 | B | Prepare and write Initial Litigation Budget. | 2790283 |
| JHR | 6/14/2017 | 0.20 | $36.00 | 180.00 | B | Review multiple e-mails from plaintiffs'counsel regarding approval of Motion to Stay, request to withdraw fee request, and related issues. | 2790324 |
| JHR | 6/15/2017 | 0.20 | $36.00 | 180.00 | B | Revise Joint Motion to Stay Proceedings to incorporating additional procedural information. | 2790397 |
| JHR | 6/15/2017 | 0.10 | $18.00 | 180.00 | B |  | 2790410 |
| JHR | 6/16/2017 | 0.20 | $36.00 | 180.00 | B | Review and analyze Washington State Defendants' Answer to plaintiffs' Complaint. | 2790428 |
| JHR | 6/16/2017 | 0.20 | $36.00 | 180.00 | B | Telephone conference with co-defendant Woods' attorney (Ms. Mell) regarding Joint Motion to Stay and approval of same. | 2790431 |
| JHR | 6/16/2017 | 0.20 | $36.00 | 180.00 | B | Finalize and finish preparing Joint Motion to Stay Proceedings Pending Ruling on Dispositive Motion, incorporating Ms. Mell's revisions. | 2790433 |
| JHR | 6/20/2017 | 0.10 | $18.00 | 180.00 | B |  | 2790556 |
| JHR | 6/20/2017 | 0.10 | $18.00 | 180.00 | B | Review e-mail from judicial assistant Debbie Nelson regarding request related to proposed order on Motion to Stay Proceedings, and respond to same. | 2790557 |
| JHR | 6/20/2017 | 0.30 | $54.00 | 180.00 | B |  | 2790562 |
| JHR | 6/20/2017 | 0.30 | $54.00 | 180.00 | B |  | 2790564 |
| JHR | 6/20/2017 | 0.10 | $18.00 | 180.00 | B | Review Court Order granting Motion to Stay Proceedings Pending Ruling on Dispositve Motion. | 2790565 |
| JHR | 6/21/2017 | 0.40 | $72.00 | 180.00 | B |  | 2790574 |

7/25/2017      Case 3:17-cv-05209-RBL   Document 30   Filed 08/03/17   Page 9 of 12    Report: TIME12
3:24 PM                            **Client Detailed Time And Expense Report**              Req'd By: JenniferJ
Date Range (Time): Beginning of Time to 7/25/2017   (Disb): Beginning of Time to 7/25/2017      Currency: USD

Client: 1981    ncinnati Insurance Company    Bill Tkpr: KDR   Riley, Kyle D.      Client Last Payment: 7/25/2017
Matter: 198I42    Leonard Peltier, et. al. vs. Joel Sacks,    Resp Tkpr: JHR   Rogers, Jeremy H.      Matter Last Billed: 7/20/2017

### Detailed Time Section (Matter)

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|
| JHR | 6/21/2017 | 0.30 | $54.00 | 180.00 | B | | 2790575 |
| JHR | 6/21/2017 | 0.10 | $18.00 | 180.00 | B | Review Court Order striking current case deadlines pending decision on Joint Motion to Dismiss. | 2790577 |
| JHR | 6/26/2017 | 0.80 | $144.00 | 180.00 | B | Analyze plaintiff's (23-page) Opposition to Joint Motion to Dismiss. | 2790954 |
| JHR | 6/26/2017 | 1.20 | $216.00 | 180.00 | B | Analyze plaintiff counsel's declaration and 11 exhibits used in support of Opposition to Joint Motion to Dismiss. | 2790955 |
| JHR | 6/26/2017 | 0.10 | $18.00 | 180.00 | B | Prepare and write e-mail to counsel for co-defendant (Ms. Mell) regarding strategy for Reply Brief in support of Joint Motion. | 2790956 |
| JHR | 6/26/2017 | 0.20 | $36.00 | 180.00 | B | Contemplate initial strategy for reply to plaintiff's Opposition to Joint Motion to Dismiss. | 2790957 |
| JHR | 6/26/2017 | 0.20 | $36.00 | 180.00 | B | Review multiple e-mails (x4) from personal counsel (Mr. Ermer) regarding thoughts and strategy related to reply to plaintiff's opposition. | 2790958 |
| JHR | 6/27/2017 | 0.20 | $36.00 | 180.00 | B | Continue analyzing strategy for Reply Brief and write correspondence to co-defendant's counsel (Ms. Mell) regarding same. | 2790987 |
| JHR | 6/27/2017 | 0.10 | $18.00 | 180.00 | B | Review e-mail from counsel (Ms. Mell) regarding input and strategy for Reply Brief in support of Joint Motion to Dismiss. | 2790995 |
| JHR | 6/27/2017 | 0.50 | $90.00 | 180.00 | B | Begin analyzing case law referenced in plaintiff's Opposition to Joint Motion to Dismiss for purposes of addressing same in Reply Brief. | 2791002 |
| JHR | 6/28/2017 | 1.20 | $216.00 | 180.00 | B | Analyze federal court local rules, LCR 7(g), and related case law for purposes of legal analysis for Motion to Strike plaintiff's Declaration and Exhibits. | 2791046 |
| JHR | 6/28/2017 | 0.10 | $18.00 | 180.00 | B | Review e-mail from client Mr. Langberg regarding thoughts, input, and impression of plaintiff's opposition to Joint Motion to Dismiss. | 2791048 |
| JHR | 6/28/2017 | 0.10 | $18.00 | 180.00 | B | Review e-mail from personal counsel (Mr. Ermer) responding to Mr. Langberg e-mail, and additonal input on plaintiff's Opposition. | 2791050 |
| JHR | 6/28/2017 | 2.20 | $396.00 | 180.00 | B | Prepare and write Motion to Strike Declaration and Exhibits and incorporate same into Reply Brief. | 2791055 |
| JHR | 6/29/2017 | 0.60 | $108.00 | 180.00 | B | Finish analyzing legal authorities referenced in plaintiff's Opposition Brief for purposes of preparation of Reply Brief. | 2791085 |
| JHR | 6/29/2017 | 4.50 | $810.00 | 180.00 | B | Prepare and write Reply Brief in Support of Joint Motion to Dismiss Larry Langberg and Edward Woods. | 2791086 |
| JHR | 6/30/2017 | 0.10 | $18.00 | 180.00 | B | Review e-mail from personal counsel (Mr. Ermer) regarding approval of Reply Brief. | 2791090 |
| JHR | 6/30/2017 | 0.10 | $18.00 | 180.00 | B | Review e-mail from co-defendant's counsel (Ms. Mell) regarding approval of Relpy Brie and minor change to same. | 2791092 |
| JHR | 6/30/2017 | 1.30 | $234.00 | 180.00 | B | Research plaintiff's murder conviction and (30-year) post-conviction appellate litigation history for purposes of incorporating same into Reply Brief to rebut defamation charges. | 2791096 |
| JHR | 6/30/2017 | 0.40 | $72.00 | 180.00 | B | Analyze additional Washington and federal case law regarding lack of "good faith" motive for RCW 4.24.510 immunity protection and incorporating same in Reply Brief. | 2791099 |
| JHR | 6/30/2017 | 0.40 | $72.00 | 180.00 | B | Analyze Rule 12(b)(6) case law regarding defense of immunity being proper grounds for dismissal motion for purposes of brief rebuttal to plaintiff's Opposition argument. | 2791101 |
| JHR | 6/30/2017 | 1.40 | $252.00 | 180.00 | B | Revise and finalize Reply Brief in Support of Joint Motion to Dismiss, incorporating additional case law and arguments. | 2791103 |
| JHR | 6/30/2017 | 0.20 | $36.00 | 180.00 | B | Prepare and write e-mail to clients and personal counsel regarding Reply Brief, next procedural steps in dispositive motion, and related strategies. | 2791104 |
| JHR | 6/30/2017 | 0.20 | $36.00 | 180.00 | B | Review e-mails (x2) from clients Mr. Langberg and Ms. Savage regarding Reply Brief and related case handling issues. | 2791109 |

7/25/2017　　　　　　　　　　　　　　Case 3:17-cv-05209-RBL　　Document 30　　Filed 08/03/17　　Page 10 of 12　Report: TIME12
3:24 PM　　　　　　　　　　　　　　　　Smith Freed Eberhard PC
　　　　　　　　　　　　　　　　　　　Client Detailed Time And Expense Report　　　　　　　　　　　　Req'd By: JenniferJ
　　　　　　　　　　　Date Range (Time): Beginning of Time to 7/25/2017　(Disb): Beginning of Time to 7/25/2017　　　Currency: USD

| Client: | 1981 | ncinnati Insurance Company | Bill Tkpr: | KDR | Riley, Kyle D. | Client Last Payment: | 7/25/2017 |
|---|---|---|---|---|---|---|---|
| Matter: | 198l42 | Leonard Peltier, et. al. vs. Joel Sacks, | Resp Tkpr: | JHR | Rogers, Jeremy H. | Matter Last Billed: | 7/20/2017 |

Detailed Time Section (Matter)

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|
| JHR | 6/30/2017 | 0.60 | $108.00 | 180.00 | B | Review multiple e-mails (x3) from personal counsel (Mr. Ermer) regarding plaintiff's post-briefing strategy and possible opposition to Motion to Strike, and prepare multiple responses (x2) to same answering inquiries regarding procedures and strategy | 2791131 |
| JHR | 6/30/2017 | 0.30 | $54.00 | 180.00 | B | Review federal court local rule 7(g) and case law related to oppositions to motions to strike contained in reply briefs for purposes of answering personal counsel (Mr. Ermer's) question related to potential opposition to motion to strike. | 2791133 |
| KDR | 5/3/2017 | 0.10 | $18.00 | 180.00 | B | Review correspondence from Victor Peters. | 2773549 |
| KDR | 5/4/2017 | 0.10 | $18.00 | 180.00 | B | Prepare initial client letter. | 2773509 |
| KDR | 5/4/2017 | 1.50 | $270.00 | 180.00 | B | Appear for telephone conference with client - no travel time included | 2773519 |
| KDR | 5/4/2017 | 1.00 | $180.00 | 180.00 | B | Review Woods blog. | 2773520 |
| KDR | 5/5/2017 | 0.20 | $36.00 | 180.00 | B | Finalize correspondence regarding waiver of service. | 2773486 |
| KDR | 5/6/2017 | 0.30 | $54.00 | 180.00 | B | Review correspondence from client and others concerning Peltier. | 2773477 |
| KDR | 5/11/2017 | 0.20 | $36.00 | 180.00 | B | | 2773403 |
| KDR | 5/12/2017 | 0.50 | $90.00 | 180.00 | B | Review information provided by client regarding other assessments of his defense and information about other Peltier lawsuits and facts surrounding Peltier murders. | 2773392 |
| KDR | 5/12/2017 | 0.20 | $36.00 | 180.00 | B | | 2773394 |
| KDR | 5/12/2017 | 0.30 | $54.00 | 180.00 | B | Telephone conference with client regarding waiver of service and conflict issues regarding representation of Ed Woods. | 2773395 |
| KDR | 5/15/2017 | 0.50 | $90.00 | 180.00 | B | | 2773030 |
| KDR | 5/15/2017 | 0.60 | $108.00 | 180.00 | B | | 2773038 |
| KDR | 5/16/2017 | 0.50 | $90.00 | 180.00 | B | Telephone conference with attorney for co-defendant regarding strategy to respond to complaint. | 2772973 |
| KDR | 5/16/2017 | 0.30 | $54.00 | 180.00 | B | Telephone conference with attorney for plaintiff regarding our request that he dismiss defendant due to immunity | 2772977 |
| KDR | 5/16/2017 | 0.30 | $54.00 | 180.00 | B | Prepare summary of conversation with co-defendant's counsel regarding strategy to respond to complaint. | 2772980 |
| KDR | 5/18/2017 | 0.50 | $90.00 | 180.00 | B | Prepare detailed email to client and co-defendant's counsel regarding motion to dismiss strategy. | 2772938 |
| KDR | 5/18/2017 | 1.00 | $180.00 | 180.00 | B | Conduct review and analysis on applicability of AntiSlapp statute to communications with public officials and constitutionality of statute. | 2772944 |
| KDR | 5/22/2017 | 0.20 | $36.00 | 180.00 | B | | 2772820 |
| KDR | 6/6/2017 | 2.00 | $360.00 | 180.00 | B | Appear for meeting with Larry Langberg to discuss case and support for motion to dismiss. | 2778695 |
| KDR | 6/7/2017 | 1.00 | $180.00 | 180.00 | B | Revise motion to dismiss to transfer into a joint motion to dismiss. | 2778693 |
| KDR | 6/7/2017 | 0.60 | $108.00 | 180.00 | B | Revise proposed motion to dismiss regarding arguments for application of statute. | 2792238 |
| KDR | 6/8/2017 | 0.20 | $36.00 | 180.00 | B | Telephone conference with Joan Mell regarding revising motion to be a joint motion on behalf of both Mr. Woods and Mr. Langberg. | 2778697 |
| KDR | 6/8/2017 | 0.20 | $36.00 | 180.00 | B | Telephone conference with Joan Mell regarding letter written by Mr. Woods to be used as exhibit. | 2778719 |
| KDR | 6/8/2017 | 0.10 | $18.00 | 180.00 | B | Telephone conference with David Ermer regarding information concerning Ed Woods letter related to information filed in joint motion. | 2778721 |
| KDR | 6/8/2017 | 0.10 | $18.00 | 180.00 | B | Telephone conference with client Langberg regarding whether he has a copy of the signed Woods letter. | 2778723 |
| KDR | 6/8/2017 | 0.20 | $36.00 | 180.00 | B | Attempt to reach Ed Woods to obtain signed copy of letter for purposes of motion. | 2792184 |

7/25/2017     Case 3:17-cv-05209-RBL   Document 30   Filed 08/03/17   Page 11 of 12   Report: TIME12
3:24 PM     **Client Detailed Time And Expense Report**     Req'd By: JenniferJ
Date Range (Time): Beginning of Time to 7/25/2017   (Disb): Beginning of Time to 7/25/2017     Currency: USD

| | | | | | |
|---|---|---|---|---|---|
| Client: | 198I | ncinnati Insurance Company | Bill Tkpr: KDR | Riley, Kyle D. | Client Last Payment: 7/25/2017 |
| Matter: | 198I42 | Leonard Peltier, et. al. vs. Joel Sacks, | Resp Tkpr: JHR | Rogers, Jeremy H. | Matter Last Billed: 7/20/2017 |

### Detailed Time Section (Matter)

| Tkpr | Date | Hours | Amount | Rate | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|
| KDR | 6/8/2017 | 0.20 | $36.00 | 180.00 | B | Review request from in house counsel to stay case pending ruling from court. | 2792231 |
| KDR | 6/9/2017 | 0.20 | $36.00 | 180.00 | B | Review signed copy of letter. | 2792179 |
| KDR | 6/13/2017 | 0.20 | $36.00 | 180.00 | B | Telephone conference with office for codefendant Woods regarding initial disclosures. | 2780923 |
| KDR | 6/14/2017 | 0.50 | $90.00 | 180.00 | B | Prepare correspondence to attorney for plaintiff regarding status of initial disclosures and proposal to stay discovery. | 2780924 |
| KDR | 6/14/2017 | 0.20 | $36.00 | 180.00 | B | Review email from attorney for plaintiff regarding his position on motion for dismissal and stipulation to stay discovery. | 2791771 |
| KDR | 6/14/2017 | 0.20 | $36.00 | 180.00 | B | Revise correspondence to counsel regarding requested stipulation and proposed stipulated motion and order. | 2791779 |
| KDR | 6/14/2017 | 0.30 | $54.00 | 180.00 | B | Telephone conference with attorney for codefendant regarding initial disclosures and whether they intend to produce them and proposal for staying discovery. | 2792050 |
| KDR | 6/14/2017 | 0.10 | $18.00 | 180.00 | B |  | 2792055 |
| KDR | 6/15/2017 | 0.30 | $54.00 | 180.00 | B | Prepare email to clients to advise on recent communications about staying discovery and dispositive motion practice. | 2791710 |
| KDR | 6/16/2017 | 0.50 | $90.00 | 180.00 | B | Review codefendant's answer to complaint. | 2791660 |
| KDR | 6/20/2017 | 0.20 | $36.00 | 180.00 | B |  | 2791455 |
| KDR | 6/20/2017 | 0.10 | $18.00 | 180.00 | B |  | 2791456 |
| KDR | 6/20/2017 | 0.10 | $18.00 | 180.00 | B | Review order granting stay until motion is heard. | 2791485 |
| KDR | 6/20/2017 | 0.20 | $36.00 | 180.00 | B |  | 2791487 |
| KDR | 6/20/2017 | 0.40 | $72.00 | 180.00 | B |  | 2791488 |
| KDR | 6/26/2017 | 1.00 | $180.00 | 180.00 | B | Review plaintiff's response to motion. | 2786775 |
| KDR | 6/26/2017 | 0.30 | $54.00 | 180.00 | B | Prepare summary of motion to dismiss response and our planned reply to clients and monitoring counsel. | 2791369 |
| KDR | 6/27/2017 | 0.20 | $36.00 | 180.00 | B | Telephone conference with Joan Mell regarding substance of reply memorandum. | 2786876 |
| KDR | 6/27/2017 | 0.20 | $36.00 | 180.00 | B | Review comments by cocounsel about strategy for responding to plaintiff's opposition to motion. | 2791307 |
| KDR | 6/28/2017 | 1.50 | $270.00 | 180.00 | B | Research application of RCW 4.24.510 to defamation and broadness of scope of statute for immunity. | 2791280 |
| KDR | 6/28/2017 | 0.30 | $54.00 | 180.00 | B | Review client's thoughts about substance of Plaintiff's response and declaration. | 2791281 |
| KDR | 6/29/2017 | 0.50 | $90.00 | 180.00 | B | Research application of First Amendment to RCW 4.24.510 and the application of RCW 4.24.510 to defamation claims to finalize reply memorandum. | 2791180 |
| KDR | 6/29/2017 | 1.00 | $180.00 | 180.00 | B | Revise reply memorandum to address application of First Amendment, concessions of Plaintiff and how that applies to RCW 4.24.510, and consistency in messaging for reply. | 2791181 |
| KDR | 6/29/2017 | 0.30 | $54.00 | 180.00 | B | Review proposed reply memorandum in support of 12(b)(6) motion. | 2791203 |
| KDR | 6/30/2017 | 0.20 | $36.00 | 180.00 | B | Respond to client and personal counsel inquiries about anticipated order on motion to dismiss. | 2791153 |
| MHS | 6/6/2017 | 0.90 | $85.50 | 95.00 | B |  | 2777654 |

| | | | | | |
|---|---|---|---|---|---|
| Time Total | | 76.60 | $13,711.50 | 179.00 | | |

7/25/2017 Case 3:17-cv-05209-RBL Document 30 Filed 08/03/17 Page 12 of 12 Report: TIME12
3:24 PM **Client Detailed Time And Expense Report** Req'd By: JenniferJ
Date Range (Time): Beginning of Time to 7/25/2017 (Disb): Beginning of Time to 7/25/2017 Currency: USD

| Client: | 1981 | ncinnati Insurance Company | Bill Tkpr: KDR | Riley, Kyle D. | Client Last Payment: 7/25/2017 |
|---|---|---|---|---|---|
| Matter: | 198I42 | Leonard Peltier, et. al. vs. Joel Sacks, | Resp Tkpr: JHR | Rogers, Jeremy H. | Matter Last Billed: 7/20/2017 |

**Working Timekeeper Summary Section (Matter)**

| Timekeeper | | Hours | Amount | Rate |
|---|---|---|---|---|
| JDE | Eberhard, Jeffrey D. | 1.20 | $216.00 | 180.00 |
| JHR | Rogers, Jeremy H. | 52.60 | $9,468.00 | 180.00 |
| KDR | Riley, Kyle D. | 21.90 | $3,942.00 | 180.00 |
| | Partner Total | 75.70 | $13,626.00 | 180.00 |
| MHS | Sullivan, Michelle H. | 0.90 | $85.50 | 95.00 |
| | Paralegal Total | 0.90 | $85.50 | 95.00 |
| Working Timekeeper Matter Summary Total | | 76.60 | $13,711.50 | 179.00 |

| Matter: | 198I42 | Leonard Peltier, et. al. vs. Joel Sacks, | Fees | $13,711.50 |
|---|---|---|---|---|
| | | | Disb | $0.00 |
| | | | Total | $13,711.50 |

**Client Summary For:** 1981 Cincinnati Insurance Company

**Matter Time Client Summary Section**

| Matter | | Hours | Amount | Rate |
|---|---|---|---|---|
| 198I42 | Leonard Peltier, et. al. vs. Joel Sacks, | 76.60 | $13,711.50 | 179.00 |
| Matter Time Client Summary Total | | 76.60 | $13,711.50 | 179.00 |

**Working Timekeeper Summary Section (Client)**

| Timekeeper | | Hours | Amount | Rate |
|---|---|---|---|---|
| JDE | Eberhard, Jeffrey D. | 1.20 | $216.00 | 180.00 |
| JHR | Rogers, Jeremy H. | 52.60 | $9,468.00 | 180.00 |
| KDR | Riley, Kyle D. | 21.90 | $3,942.00 | 180.00 |
| MHS | Sullivan, Michelle H. | 0.90 | $85.50 | 95.00 |
| Working Timekeeper Client SummaryTotal | | 76.60 | $13,711.50 | 179.00 |

| Client: | 1981 | Cincinnati Insurance Company | Fees | $13,711.50 |
|---|---|---|---|---|
| | | | Disb | $0.00 |
| | | | Total | $13,711.50 |

Start Time: 3:24 PM

End Time: 3:24 PM