THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD PELTIER, CHAUNCEY PELTIER,<br><br>Plaintiffs,<br><br>v.<br><br>JOEL SACKS, individually and in his capacity as DIRECTOR of the WASHINGTON STATE DEPARTMENT OF LABOR AND INDUSTRIES; TIMOTHY CHURCH, individually and in his capacity as PUBLIC AFFAIRS MANAGER of the WASHINGTON STATE DEPARTMENT OF LABOR AND INDUSTRIES; JAY INSLEE, individually and in his capacity as GOVERNOR of the STATE OF WASHINGTON; EDWARD P. WOODS; LARRY LANGBERG; DOES 1-200,<br><br>Defendants. | CASE NO. C17-5209-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion for relief from a deadline (Dkt. No. 76). On September 16, 2020, Defendants filed a motion for summary judgment (Dkt. No. 73) and noted the motion for October 9, 2020. Plaintiff's response was due on Monday, October 5, 2020. *See* LCR 7(d)(3). On October 7, 2020, Plaintiff filed a motion

asking the Court for a 90-day extension of the noting date and filing deadlines due to Plaintiff's medical problems and the loss of his wife. (Dkt. No. 76.) Defendants do not oppose the request. Having thoroughly considered the motion and the relevant record, and finding good cause, the Court GRANTS the motion (Dkt. No. 76) and hereby ORDERS:

1. The Clerk is DIRECTED to re-note Defendants' motion for summary judgment (Dkt. No. 73) for **Friday, January 22, 2021**.
2. Under LCR 7(d)(3), Plaintiff's response is due by **Monday, January 18, 2021**.

DATED this 9th day of October 2020.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk